**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7053

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DOMINICK LARENZO JOHNSON,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Timothy M. Cain, District Judge.  (6:16-cr-00761-TMC-1)

Submitted:  December 20, 2022                    Decided:  December 27, 2022

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Dominick Larenzo Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dominick Larenzo Johnson seeks to appeal the district court's order in his 28 U.S.C. § 2255 proceeding granting his motion to amend, directing the clerk to mail him a copy of the Government's amended motion for summary judgment and an order under *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975) (per curiam), and dismissing his 28 U.S.C. § 2241 petition without prejudice and with leave to refile. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-47 (1949). The order Johnson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2